IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TORI JO HERD,

    Plaintiff,

v.                                          Case No. 3:05cv386/LAC

LIMITED BRANDS, INC. LONG
TERM DISABILITY PROGRAM,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is a stipulation signed by both parties for the dismissal of this action without prejudice (Doc. 18). Upon consideration of the foregoing, it is hereby **ORDERED**:

1.     This action is DISMISSED without prejudice, with each party to bear its own costs and fees. The Clerk of Court is directed to close this file.

**ORDERED** on this 25th day of May, 2006.

                                                    s/ *L.A. Collier*
                                                    Lacey A. Collier
                                             Senior United States District Judge